**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title:                              Case Number: 17-cv-07881

CASCADES AV LLC v. EVERTZ MICROSYSTEMS, LTD.

An appearance is hereby filed by the undersigned as attorney for:

      EVERTZ MICROSYSTEMS, LTD.

Attorney name (type or print): Rebekah H. Parker

Firm: Novack and Macey LLP

Street address: 100 North Riverside Plaza

City/State/Zip: Chicago, Illinois 60606

Bar ID Number: 6301907           Telephone Number: 312-419-6900
(See item 3 in instructions)

Email Address: rparker@novackmacey.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.    ☐ Retained Counsel
                                                     ☐ Appointed Counsel
                                                        If appointed counsel, are you
                                                        ☐ Federal Defender
                                                        ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on November 28, 2017

Attorney signature:      S/ Rebekah H. Parker
                             (Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015