## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Cascades AV LLC

                                    Plaintiff,

v.                                                                       Case No.: 1:17−cv−07881
                                                                                          Honorable Thomas M. Durkin

Evertz Microsystems, Ltd.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 4, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:Informal off the record patent conference is set for 12/13/2017 at 10:30 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.