## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Cascades AV LLC

                Plaintiff,

v.                                               Case No.: 1:17−cv−07881
                                             Honorable Thomas M. Durkin

Evertz Microsystems, Ltd.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2017:

      MINUTE entry before the Honorable Thomas M. Durkin:Informal patent meeting held on 12/13/2017. Defendant's motion to dismiss is to be filed by 1/22/2018. Plaintiff's response is due 2/5/2018. Defendant's reply is due 2/12/2018. Status hearing set for 2/27/2018 at 09:00 AM. No answer will be required while the motion to dismiss is pending. No discovery will commence without further order of the Court. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.