## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CASCADES AV LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EVERTZ MICROSYSTEMS, LTD,<br><br>　　　　　　Defendant. | Case No. 17-cv-7881<br>Judge Thomas M. Durkin<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Evertz Microsystems, Ltd. ("Evertz"), by its attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss Plaintiff's Complaint. This motion is supported by Evertz's Memorandum of Law in Support of its Motion to Dismiss (the "Memorandum"), which is incorporated herein by reference.

WHEREFORE, for all of the reasons stated in the accompanying Memorandum, Evertz respectfully requests that the Court dismiss Plaintiff's Complaint and grant Evertz other such relief to which it may be entitled.

Respectfully submitted,

Dated:　October 8, 2018　　　　　　　　　　　　　/s/ Elizabeth R. Brannen

　　　　　　　　　　　　　　　　　　　　　　　Andrew D. Campbell
　　　　　　　　　　　　　　　　　　　　　　　Rebekah H. Parker
　　　　　　　　　　　　　　　　　　　　　　　NOVACK AND MACEY LLP
　　　　　　　　　　　　　　　　　　　　　　　100 North Riverside Plaza
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (312) 419-6900
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (312) 419-6928
　　　　　　　　　　　　　　　　　　　　　　　acampbell@novackmacey.com
　　　　　　　　　　　　　　　　　　　　　　　rparker@novackmacey.com
　　　　　　　　　　　　　　　　　　　　　　　*Local Counsel for Defendant*

Thad A. Davis (*admitted pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
tdavis@gibsondunn.com

Elizabeth Brannen (admitted pro hac vice)
STRIS & MAHER LLP
725 S Figueroa St., St 1830
Los Angeles, CA 90017
Telephone: (213) 995-6809
Facsimile: (213) 995-2708
elizabeth.brannen@strismaher.com

*ATTORNEYS FOR DEFENDANT*
*EVERTZ MICROSYSTEMS, LTD.*

## **CERTIFICATE OF SERVICE**

Rebekah H. Parker, an attorney, hereby certifies that, on October 8, 2018, she caused a true and correct copy of the foregoing *Defendant's Motion to Dismiss for Failure to State A Claim*, to be filed electronically with the Court's CM/ECF system, and that notice of this filing was sent by electronic mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to receive electronic filings as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

      */s/* Rebekah H. Parker