IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CASCADES AV LLC<br><br>      Plaintiff,<br><br>vs.<br><br>EVERTZ MICROSYSTEMS, LTD.<br><br>      Defendant. | Civil Action No. 1:17−cv−07881<br><br>Honorable Thomas M. Durkin |

## STIPULATION OF DISMISSAL

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Cascades AV, LLC ("Cascades") and Defendant Evertz Microsystems, Ltd. ("Evertz") hereby stipulate to Cascades' dismissal with prejudice of all claims asserted by Cascades against Evertz and without prejudice all claims asserted by Evertz against Cascades in this action, with each party to bear its own costs and fees.

Dated: February 5, 2019                        Respectfully submitted,

                                                    /s/ Robert P. Greenspoon
                                                    Robert P. Greenspoon
                                                    rpg@fg-law.com
                                                    Flachsbart & Greenspoon LLC
                                                    333 N. Michigan Ave., Suite 2700
                                                    Chicago, IL 60601-3901
                                                    Phone: (312) 551-9500
                                                    Fax: (312) 551-9501

                                                    *Attorney for Plaintiff*
                                                    *Cascades AV LLC*

| | |
|---|---|
| Dated: February 5, 2019 | Seen and Agreed: |

/s/Elizabeth Brannen
Elizabeth Brannen (*admitted pro hac vice*)
STRIS & MAHER LLP
725 S Figueroa St., Ste 1830
Los Angeles, CA 90017
Telephone: (213) 995-6809
Facsimile: (213) 995-2708
elizabeth.brannen@strismaher.com

Andrew D. Campbell
Rebekah H. Parker
NOVACK AND MACEY LLP
100 North Riverside Plaza
Chicago, IL 60606
Telephone: (312) 419-6900
Facsimile: (312) 419-6928
acampbell@novackmacey.com
rparker@novackmacey.com
*Local Counsel for Defendant*

Thad A. Davis (*admitted pro hac vice*)
Y. Ernest Hsin (*admitted pro hac vice*)
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
tdavis@gibsondunn.com
ehsin@gibsondunn.com

## **CERTIFICATE OF SERVICE**

    The undersigned attorney hereby certifies that service of the foregoing document was made on all counsel of record on February 5, 2019 *via* the court's CM/ECF system.

                                      /s/ Robert P. Greenspoon
                                      Robert P. Greenspoon